IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERNEST BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0100 |
| | ) | Judge Trauger |
| DAVID SEAHORN, physicians' assistant, in his official and individual capacity, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## O R D E R

On November 21, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 26), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendant David Seahorn (Docket No. 22) is **GRANTED**, and all claims against defendant Seahorn are **DISMISSED WITH PREJUDICE**. Any appeal of this ruling will not be certified under 28 U.S.C. § 1915(a)(3) as taken in good faith.

All other claims having previously been **DISMISSED** in this case, the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 8th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge